**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**


**SHAWANDA P. MAYS,**                                                          **PLAINTIFF**


   **VERSUS**                                          **CIVIL ACTION NO. :_3:18-cv-016-MPM-RP**

**WAL-MART STORES EAST, LP**
**d/b/a WALMART,**                                                          **DEFENDANT.**


## NOTICE OF SERVICE OF SUBPEONAS


PLEASE TAKE NOTICE that Plaintiff has this day served the following:

1.  Subpoena to **Leigh K. Van Duren, MD** to Produce Documents

A true and correct copy of this Notice has been served upon the Defendants.  The original pleading is being retained in the possession of counsel for the Plaintiff.


THIS the 13th day of July, 2018.


Respectfully submitted,
Shawanda P. Mays, PLAINTIFF

BY: */s/ Kristy L. Bennett*
Kristy L. Bennett BPR #99525
Tressa V. Johnson BPR #104892
JOHNSON AND BENNETT, PLLC
1331 Union Avenue, Suite 1226
Memphis, TN 38104
(901) 402-6515 (direct)
(901) 462-8629 (fax)
tressa@myjbfirm.com
kristy@myjbfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I, Tressa V. Johnson, one of the attorneys for the Plaintiff, do hereby certify that I have

this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy

of the above and foregoing document to the following counsel of record:

John M. Russell, Esq.
Lauren A. Wong, Esq.
Russell & Oliver, PLC
5178 Wheelis Drive
Memphis, TN 38117


THIS the 13th day of July, 2018.


/s/ Kristy L. Bennett
Kristy L. Bennett